# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Karen M. Lyons,
       Plaintiff(s),

      v.                                 Case No. 1:10cv814
                                         ( Litkovitz, M.J)

Elizabeth E. Schuler,
        Defendant(s).

---

### ORDER

---

      The Clerk of Court is hereby Ordered to provide lunch for the jury during their deliberations in the above captioned matter.

SO ORDERED.

Date __11/14/12__

awh   November 14, 2012

_Karen L. Litkovitz_
Karen L. Litkovitz
United States Magistrate Judge