## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

Karen M. Lyons,
    Plaintiffs,

v.

Case No. 1:10cv814
(Litkovitz, MJ ; Consent Case)

Elizabeth Schuler,
    Defendants.

### JUDGMENT IN A CIVIL CASE

[X]    **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[ ]    **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

See attached jury verdict form.

Date: November 14, 2012

John P. Hehman, Clerk of Court

By:  s/Arthur Hill, deputy clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KAREN M. LYONS,
    Plaintiff

Case No. 1:10-cv-814

Litkovitz, M.J.

vs

ELIZABETH SCHULER,
    Defendants.

### VERDICT FORM

1. Was the Defendant's negligence a proximate cause of any injury/damages to the Plaintiff?

    Circle your answer:    **YES**    NO

2. If yes, please state the following:

    A. The portion of the compensatory damages that represents economic loss of the plaintiff:

    $ _$530.50_

    B. The portion of the compensatory damages that represents non-economic loss of the plaintiff:

    $ _$5000.00_

Each member of the jury should sign below to indicate his or her agreement with this unanimous verdict.

s/ Juror #1    s/ Juror #6

s/ Juror #8    s/ Juror #3

s/ Juror #4    s/ Juror #5

s/ Juror #7    s/ Juror #2